AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| GERARDO HERNANDEZ<br>*Plaintiff(s)*<br>v.<br>DAVID OGILVIE dba VILLAGE PANTRY; JAMES H. DOZIER, JR.; JOHN P. DOZIER, Trustee of the JOHN P. DOZIER TRUST dated January 3, 2005; VIVIAN C. CARLSON, Trustee of the VIVIAN C. CARLSON & JOSEPH W. DOZIER TRUST dated 2-14-03; JOSEPH W. DOZIER, Trustee of the VIVIAN C. CARLSON & JOSEPH W. DOZIER TRUST dated 2-14-03; JANET D. SHANNON, Trustee of the JANET D. SHANNON TRUST;<br>*Defendant(s)* | Civil Action No. 5:19-cv-06893-NC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
David Ogilvie,  184 Second Street, Los Altos, CA 94022
(see attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*



Date:  10/24/2019

James H. Dozier, Jr., 180 Second Street, Los Altos, CA 94022
John, P. Dozier, 180 Second Street, Los Altos, CA 94022
Vivian C. Carlson, 180 Second Street, Los Altos, CA 94022
Joseph W. Dozier, 180 Second Street, Los Altos, CA 94022
Janet D. Shannon, 180 Second Street, Los Altos, CA 94022