Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 5:19-cv-06893-NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| DAVID OGILVIE dba VILLAGE PANTRY; JAMES H. DOZIER, JR.; JOHN P. DOZIER, Trustee of the JOHN P. DOZIER TRUST dated January 3, 2005; VIVIAN C. CARLSON, Trustee of the VIVIAN C. CARLSON & JOSEPH W. DOZIER TRUST dated 2-14-03; JOSEPH W. DOZIER, Trustee of the VIVIAN C. CARLSON & JOSEPH W. DOZIER TRUST dated 2-14-03; JANET D. SHANNON, Trustee of the JANET D. SHANNON TRUST; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, David Ogilvie dba Village Pantry; James H. Dozier, Jr.; John P. Dozier, Trustee of the John P. Dozier Trust dated January 3, 2005; Vivian C. Carlson, Trustee of the Vivian C. Carlson & Joseph W. Dozier Trust dated 2-14-03; Joseph W. Dozier, Trustee of the Vivian C. Carlson & Joseph W. Dozier Trust dated 2-14-03; Janet D. Shannon, Trustee of the Janet D. Shannon Trust, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 22, 2020                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: June 22, 2020                LAW OFFICE OF KATHERINE R. MOORE

*/s/ Katherine R Moore*
Katherine R. Moore
Attorneys for Defendants,
David Ogilvie dba Village Pantry; James H. Dozier, Jr.; John P. Dozier, Trustee of the John P. Dozier Trust dated January 3, 2005; Vivian C. Carlson, Trustee of the Vivian C. Carlson & Joseph W. Dozier Trust dated 2-14-03; Joseph W. Dozier, Trustee of the Vivian C. Carlson & Joseph W. Dozier Trust dated 2-14-03; Janet D. Shannon, Trustee of the Janet D. Shannon Trust

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez